UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PRIORITY MANAGEMENT GROUP, INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 11-076-L |
| NEIGHBORHOOD HEALTH CARE, INC. | : | |
| Defendant. | : | |

### Notice of Voluntary Dismissal Without Prejudice

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Priority Management Group, Inc., voluntarily dismisses without prejudice its complaint against Defendant Neighborhood Health Care, Inc. ("Defendant").

Defendant has not served an answer or motion for summary judgment in this action.

PRIORITY MANAGEMENT GROUP., INC.
By its Attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (# 6016)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)
abatastini@nixonpeabody.com

Dated: March 8, 2011

Enter; Ronald R. Lagueux
SJ. USDJ 3/9/11

13381876.1